

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2018

No. 04-17-00132-CV

Louise **JENSCHKE,**
Appellant

v.

Elaine **CLAUSSEN,**
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-01-00008-CVK-A
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting en banc:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice (not participating)
Irene Rios, Justice

Appellant's motion for en banc rehearing is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court